IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD C. ELLIS,                                    1:05-CV-0827 REC SMS HC

        Petitioner,

      vs.

ANTHONY P. KANE,

        Respondent.                         ORDER OF TRANSFER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2254; the $5.00 filing fee was paid on June 27, 2005.  Petitioner is challenging the decision of his parole hearing from Monterey County.

      In this case, Petitioner is challenging the outcome of his parole suitability hearing.  Petitioner is currently incarcerated at Correctional Training Facility ("CTF") in Soledad, California, located in Monterey County, which is in the Northern District of California.  Therefore, the petition should have been filed in the United States District Court for the Northern District of California.  In the interest of justice, a federal court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

**Dated:    July 28, 2005**                              **/s/ Sandra M. Snyder**
23ehd0                                                UNITED STATES MAGISTRATE JUDGE